68

Cornelius B. MURRY, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3117.

United States Court of Appeals, Federal Circuit.

July 23, 2004.

Cornelius B. Murry, St. Louis, IL, for Petitioner.

Christopher J. Burton, Lori J. Dym, U.S. Postal Service, Mark A. Melnick, James W. Poirier, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

ORDER

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Mark A. CLIFFORD, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5098.

United States Court of Appeals, Federal Circuit.

July 23, 2004.

Mark A. Clifford, Charleston, WV, for Plaintiff–Appellant.

Michael S. Dufault, Margaret E. McGhee, Department of Justice, Washington, DC, for Defendant–Appellee.

ORDER

Order Vacated, See 110 Fed.Appx. 118.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.